FILED

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0705



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0705

CITY OF DARBY,

Plaintiff and Appellee,

v.

AUSTIN W. GRAUBERGER,

Defendant and Appellant.

FILED

MAR 04 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure.

M. R. App. 11(6)(a) requires that the cover of the opening brief of the Appellant shall be blue. For recycling purposes, pastel colors shall be used for brief covers. The cover of the appendix, if separately printed, shall be white.

M. R. App. 11(6)(b) sets forth the information that must be presented on the cover of each brief, which includes the cause number, title of the case, tribunal from which the appeal is taken, party names, names and contact information for counsel for each party, if any, and the title of the document.

M. R. App. P. 11(4)(e) requires a certificate of compliance indicating the document's line spacing and (1) that the document is proportionally spaced, together with the typeface, point size, and word count; or (2) that the document uses a monospaced typeface, together with the number of characters per inch and word count, or the number of counted pages, pursuant to M. R. App. P. 11(4)(b) or (c).

M. R. App. P. 12(1)(a)–(h) requires the following sections under the appropriate headings and in the order indicated: a table of contents; a statement of the issues presented for review; a statement of the case; a statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at

1



which material facts appear; a statement of the standard of review as to each issue raised, together with a citation of authority; a summary of the argument; an argument; and a short conclusion stating the precise relief sought.

M. R. App. P. 12(1)(i) requires the appellant's brief be appended with the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support.

After reviewing the Appellant's opening brief filed on March 4, 2020, this Court has determined that the brief does not comply with any of the above-referenced rules and must be resubmitted. Further, although we liberally construe pro se pleadings and hold them to a less stringent standard than formal pleadings drafted by lawyers, Appellant's brief does not contain contents even minimally sufficient for filing, particularly without compliance with M. R. App. P. 11(6)(b) and 12(1)(a)–(h).

Therefore,

IT IS ORDERED that the signed original and nine copies of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that a signed original and nine copies of the revised brief ordered herein be filed within ten (10) days of the date of this Order with the Clerk of this Court and that one copy of the revised brief be served on each counsel of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed;

IT IS FURTHER ORDERED that the postage costs for returning the referenced copies of Appellant's brief will be billed to Appellant by the Clerk of this Court and shall be due and payable upon receipt; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for Appellant and to mail a true copy of this Order to all counsel upon whom the brief was

served.

DATED this 11th day of March, 2020.

For the Court,

By _____
Justice